ZITO *tlp*
1250 Connecticut Avenue, Suite 200
Washington, DC 20036

# INVOICE

| Date | Invoice # |
|---|---|
| 12/12/11 | 11-755 |

To:
Better Bags, Inc.
C/O Anastassios Triantaphyllis
TRIANTAPHYLLIS LAW FIRM
The Civil Justice Center
112 E. 4th Street
Houston, Texas 77007

RE: Litigation
Better Bags v. Redi Bag
09-cv-3093 TXSD

| *Date* | *Atty/Dpt* | *Description* | *Hrs.* | *AMOUNT* |
|---|---|---|---|---|
| **12/08/11** | jjz | Pre-Trial travel Preparation and Trial travel preparation | 1.5 | **712.50** |
| **12/08/11** | ssr | Pre-Trial travel Preparation and Trial travel preparation | 0.5 | **150.00** |
| **12/9/11** | jjz | Travel to Houston and Pre-trial conference | 9 | **4,275.00** |
| **12/9/11** | ssr | Travel to Houston and Pre-trial conference | 9 | **2,700.00** |
| **12/10/11** | jjz | Return travel to DC | 6 | **2,850.00** |
| **12/10/11** | ssr | Return travel to DC | 6 | **1,800.00** |
| | | Sub Total: | | **12,487.50** |
| | | EXPENSES: | | |
| **12/9/11** | exp | Embassy Suites Hotel | | **1,842.05** |
| **12/9/11** | exp | Delta cancellation Penalty (witness rabiea) | | **150.00** |
| **12/9/11** | exp | Jet Blue cancellation Penalty (witness Rabiea) | | **100.00** |
| **12/9/11** | exp | Continental cancellation penalty (witness Boyer | | **150.00** |
| **12/9/11** | | Airfare round trip DC to Houston Zito | | **611.60** |
| **12/9/11** | | Airfare round trip DC to Houston Sanchez | | **611.53** |
| **12/9/11** | | Budget rental car | | **60.84** |
| **12/9/11** | | Airport parking | | **44.00** |
| | | Expense Sub Total: | | **3,570.02** |
| | | | **TOTAL** | **16,057.50** |

**Subject:** Southwest Airlines Confirmation-ZITO/JOSEPH J-Confirmation: IJWG84
**From:** "Southwest Airlines" <SouthwestAirlines@luv.southwest.com>
**Date:** Mon, 28 Nov 2011 13:10:17 -0800
**To:** JOE@ZITOTLP.COM

You're all set for your trip!




My Account | View My Itinerary Online

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals

## Ready for takeoff!



Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!



**AIR Itinerary**

### AIR Confirmation: IJWG84

Confirmation Date: 11/28/2011

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| ZITO/JOSEPH J | | 5262406387679 | Nov 27, 2012 | 1608 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Dec 9 | 1167 | Depart **BALTIMORE WASHNTN** (BWI) at **08:00 AM**<br>Arrive in **HOUSTON HOBBY** (HOU) at **10:40 AM**<br>Travel Time 3 hrs 40 mins |
| Thu Dec 15 | 439 | Depart **HOUSTON HOBBY** (HOU) at **10:35 AM**<br>Arrive in **BALTIMORE WASHNTN** (BWI) at **2:30 PM**<br>Travel Time 2 hrs 55 mins |

**Air Cost:** $ 287.90

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

BWI WN HOU124.65OXACNNRO WN BWI124.65OXACNNRO 249.30 END ZPBWIHOU XFBWI4.5HOU3 AY5.00$BWI2.50 HOU2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.





EARLYBIRD CHECK-IN™
Let us take care of Check-in for you
Just $10 One-Way
Get It Now



**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

**Book a Hotel**




Go to Boarding School



Get EarlyBird Check -In™ Details

**Rent Some Wheels**

Explore your destination on the perfect set of wheels.

**Rent a Car**

## Cost and Payment Summary



**AIR - IJWG84**

| Base Cost | | **Payment Information** |
|---|---|---|
| Base Fare | $ 249.30 | |
| Excise Taxes | $ 18.70 | |

**Additional Taxes & Fees**

| | |
|---|---|
| Segment Fee | $ 7.40 |
| Passenger Facility Charge | $ 7.50 |
| Security Fee | $ 5.00 |
| **Total Air Cost** | **$ 287.90** |






**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

**Subscribe Now**




Get exclusive travel deals straight to your desktop or iPhone.

**Download DING!**




### Useful Tools

- Check-In Online
- Early Bird Check-In
- View/Share Itinerary
- Change Air Reservation
- Cancel Air Reservation
- Check Flight Status
- Flight Status Notification
- Book a Car
- Book a Hotel

### Know Before You Go

- In the Airport
- Baggage Policies
- Suggested Airport Arrival Times
- Security Procedures
- Customers of Size
- In the Air
- Purchasing and Refunds

### Special Travel Needs

- Traveling with Children
- Traveling with Pets
- Unaccompanied Minors
- Baby on Board
- Customers with Disabilities

### Legal Policies & Helpful Information

- Privacy Policy
- Notice of Incorporated Terms
- Customer Service Commitment
- FAQs
- Contact Us

Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.






[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed Septemeber 11th Security Fee.

**Subject:** Embassy Suites Confirmation #87635300
**From:** "Embassy Suites Confirmed" <embassysuites@res.hilton.com>
**Date:** Mon, 28 Nov 2011 15:44:27 -0600
**To:** "jzito@zitotlp.com" <jzito@zitotlp.com>

# Your reservation is confirmed






## Embassy Suites Houston - Downtown

1515 Dallas Street
Houston, TX
United States, 77010
Tel: 1 713-739-9100
Fax: 1 713-739-9101

Directions to Hotel

5-Day Weather Forecast

Local Guide






**Account Preferences**

- Manage My Account
- Earnings Style:

Book your next stay now

**Confirmation Number:** **87635300**

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | Joseph Zito |
| Hilton HHonors® Number: | |
| Arrival Date: | 09 Dec 2011 |
| Departure Date: | 15 Dec 2011 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |


**Points Upgrade**

Guarantee your room upgrade with Hilton HHonors points






**Upon Arrival**

Have extra amenities waiting for you, such as additional towels, beverages, and more.

Order now


**Rate Information:**

Rate Type:
THE DECEMBER SALE
Rate per night: 151.20 USD
Total for Stay per Room:

| | |
|---|---|
| Rate | 907.20 USD |
| Taxes | 154.22 USD |
| Total | 1,061.42 USD |

**Total for Stay:** **1,061.42 USD**
Includes estimated taxes and service charges. (Gratuities not included.)

**Tax:**
- There is a 17.00% Per Room Per Night tax.

**Additional Charges:**
- Valet parking: 28.00/night

**Rate Rules and Cancellation Policy:**
- Your reservation is guaranteed for late arrival on the scheduled arrival date of your reservation by advance credit card payment for the entire stay, as reserved.










As an HHonors Blue member, enjoy a variety of benefits and generous HHonors point bonuses. Redeem your points for hotel stays, premier merchandise or even once-in-a-lifetime experiences – from hang gliding to private dance lessons and everything in between!

- Your reservation is non-refundable, non-cancelable and non-changeable.
- Your credit card will be charged immediately for the total amount shown for the entire stay as reserved.
- Refunds or credits will not be issued for no-shows or early departures.

**Room Information:**

| | |
|---|---|
| Rooms: | 1 |
| Clients: | 1 Adult |
| Room Type: | 1 KING BED CORNER NONSMOKE |
| Preferences: | King |

Your room type preferences have been submitted with your reservation, and are subject to hotel availability.

---

## Embassy Suites Offers:

Complimentary, cooked-to-order breakfast, Two-room suites, Open-air atriums and Evening Manager's Reception†.

For additional information, visit embassysuites.com or call 800-EMBASSY.

**Our Hotel:**

. Tour the Hotel
. Accommodations
. Hotel Services and Amenities

**Dining Options:**

. On-site Dining

---




**Sign up for weekly email offers from Embassy Suites Hotels!**



* Two-room suites are based on booked room type and/or are subject to availability.
† Subject to state and local laws. Must be of legal drinking age.

**PLEASE DO NOT REPLY TO THIS EMAIL. MAIL SENT TO THIS ADDRESS CANNOT BE ANSWERED.**

Hilton Worldwide will not contact you by telephone, text message or e-mail to ask for your confidential personal information, credit card details or HHonors account login information related to upcoming stays or your account. Anyone who receives this type of request should not respond to it. We also ask that you please notify us at fraud_alert@hilton.com should you receive such a communication.

If you need to MODIFY or CANCEL your reservation, click here.
Any change to the arrival date, departure date or room type of this reservation is subject to the hotel's availability at the time the change is requested and may result in a possible rate change or an additional fee. For example, shortening or lengthening your reservation is subject to availability and may not be possible at a later date. For more information, please click here to see all the rules and restrictions applicable to this reservation.

If you have questions regarding your reservation, please contact Hilton Reservations and Customer Care at 1-800-HHONORS (446-6677), click here, or email us at HILTONNET@HILTONRES.COM.

Hilton HHonors membership, earning of Points & Miles®, and redemption of points are subject to HHonors Terms and Conditions.

View Our Privacy Policy (Updated Sep 2011)    Create or Update a Profile

Unsubscribe
To unsubscribe from all marketing email from Hilton Worldwide, please send an email with the subject line “Unsubscribe” to e_opt_out@hilton.com. Opting out from all Hilton Worldwide marketing email will prevent you from receiving your monthly HHonors My Way Activity Statement. However, you can continue to check your account by logging into your profile or by calling 1-800-HHONORS. Outside the United States and Canada, please dial + 800 44 45 86 67 for assistance.

Please allow up to 10 business days for processing opt-out requests. You will continue to receive transactional email messages such as reservation confirmations.

If you prefer to unsubscribe via postal mail, please send your name, HHonors Account Number (if applicable) and email address to Hilton Internet Contact Center, PO Box 9045, Addison, TX 75001-9045 USA.

Notice of Confidentiality: This message and any attachments may contain confidential information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

™ indicates a trademark of Hilton Worldwide.

©2011 Hilton Worldwide

Hilton Reservations and Customer Care | 2050 Chennault Drive | Carrollton, Texas 75006, USA









# Air Itinerary and Pricing

**Please note:**

- Funds applied from nonrefundable fares toward the purchase of a new reservation remain nonrefundable.
- The new reservation inherits the earliest expiration date from any funds applied from the old t cket. Therefore, the expiration date of your new reservation and all associated funds may be less than 12 months. Your new expiration date will be displayed on the confirmation receipt sent to you.

**AIR ITINERARY**

| | | | | |
|---|---|---|---|---|
| RETURN<br>DEC<br>**10** | **(Change Pending)**<br>Anytime Fare<br>**Houston, TX to Baltimore, MD**<br>**Saturday, December 10, 2011**<br>Travel Time 4 h 00 m<br>(1 stop, no plane change) | #301 | Depart **Houston (Hobby), TX (HOU)**<br>*Stops in Panama City, FL*<br>Arrive in **Baltimore / Washington, MD (BWI)** | **11:30 AM**<br><br>**4:30 PM** |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Return | HOU-BWI | Anytime | $422 33 | $44.57 | 1 | $466.90 |
| Please read the fare rules associated with this purchase. | | | **Pending Air Itinerary** | **$422.33** | **$44.57** | **1** | **$466.90** |
| | | | **Available Funds** | | | | **$143.20** |
| | | | **Additional Amount Due** | | | | **$323.70** |

**Enroll in Rapid Rewards and earn at least 4,540 Points per person for this trip. Already a Member? Log in.**

**I accept the fare rules and want to continue with this purchase**

Continue




# Air Itinerary and Pricing

**Please note:**

- Funds applied from nonrefundable fares toward the purchase of a new reservation remain nonrefundable.
- The new reservation inherits the earliest expiration date from any funds applied from the old t cket. Therefore, the expiration date of your new reservation and all associated funds may be less than 12 months. Your new expiration date will be displayed on the confirmation receipt sent to you.

**AIR ITINERARY**

| | | | | |
|---|---|---|---|---|
| RETURN<br>DEC<br>**10** | **(Change Pending)**<br>Anytime Fare<br>**Houston, TX to Baltimore, MD**<br>**Saturday, December 10, 2011**<br>Travel Time 4 h 00 m<br>(1 stop, no plane change) | #301 | Depart **Houston (Hobby), TX (HOU)**<br>*Stops in Panama City, FL*<br>Arrive in **Baltimore / Washington, MD (BWI)** | **11:30 AM**<br><br>**4:30 PM** |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Return | HOU-BWI | Anytime | $422 33 | $44.57 | 1 | $466.90 |
| Please read the fare rules associated with this purchase. | | | **Pending Air Itinerary** | **$422.33** | **$44.57** | **1** | **$466.90** |
| | | | **Available Funds** | | | | **$189.20** |
| | | | **Additional Amount Due** | | | | **$277.70** |

**Enroll in Rapid Rewards and earn at least 4,540 Points per person for this trip. Already a Member? Log in.**

**I accept the fare rules and want to continue with this purchase**

Continue

## Thank you for renting with Budget

**Budget Car Rental E-Receipt**

**Rental Agreement Number:267393733**




## Customer Information

| | |
|---|---|
| Customer Name: | **JOSEPH J ZITO** |
| Fastbreak Number: | |
| Budget Customer Discount Number: | |
| Customer Status: | **FASTBREAK** |
| Method of Payment: | |
| Credit Card #: | |
| Freq Traveler: | |

## Car Information

| | |
|---|---|
| Car Group Rented: | COMPACT |
| Car Group Charged: | SPORT |
| Car Make Model: | WHI FORD FOCO 5DR |
| Plate Number: | TXCN9K929 |
| Car Number: | 56006425 |
| Mileage Out: 12949 | Fuel Out: 8/8 |
| Mileage In: 12989 | Fuel In: 8/8 |
| Mileage Driven: 40 | |

## Rental Information

| | | | |
|---|---|---|---|
| Pickup-Date/Time: | **09DEC11/1115** | Return Date/Time: | **10DEC11/0904** |
| Pick-up Location: | **HOUSTON**<br>**7714 AIRPORT BOULEVARD**<br>**WILLIAM P. HOBBY AIRPORT**<br>**HOUSTON, TX 77061 US**<br>**713-643-9395** | Return Location: | **INTERCONTINENTAL AIRPORT**<br>**17330 PALMETTO PINES**<br>**GEORGE BUSH INTERCONTL AIRPORT**<br>**HOUSTON, TX 77032 US**<br>**281-449-0145** |

## Car Charges

| | | |
|---|---|---|
| Time: | 0 miles @ .35 | 0.00 |
| | 22 hours @ 24.01 | 0.00 |
| | 0 days @ 32.00 | 0.00 |
| | 0 weeks @ 160.00 | 0.00 |
| Minimum Charge | | 32.00 |
| Time & Mileage | | 32.00 |
| **11.11% FEE | | 3.89 |
| Fuel Service | | 13.99 |
| LDW | | 0.00 |
| $ 2.25 /DY VLF | | 2.25 |
| $ 0.77 /DY ERF | | .77 |
| **SUBTOTAL** | | **52.90** |

| | |
|---|---|
| TAX 15.000% | 7.94 |
| Total Charges | 60.84 |
| **Amount Due** | **60.84** |

**CONCESSION RECOVERY FEE
VEH LICENSE RECOUP FEE
ENERGY RECOVERY FEE

**Budget Car Rental E-Receipt**

Please do not reply to this message.
If you have questions regarding this rental or if you wish to unsubscribe from e-Receipt, please e-mail e.receipts@budgetgroup.com

Budget maintains a 100% smoke-free fleet.

Budget Rent A Car System, Inc., 6 Sylvan Way, Parsippany, NJ 07054..

© 2010 Budget Rent A Car System, Inc. A global system of corporate and licensee owned locations. Budget features Ford, Lincoln and Mercury products.

Subj: **Embassy Suites Confirmation #82998341**
Date: 11/29/2011 16:05:44 Eastern Standard Time
From: embassysuites@res.hilton.com
Reply-to: CONFIRMATIONHELP@HILTONRES.COM
To: newyorkpkg@aol.com

# Your reservation is confirmed






## Embassy Suites Houston - Downtown

1515 Dallas Street
Houston, TX
United States, 77010
Tel: 1 713-739-9100
Fax: 1 713-739-9101

Directions to Hotel

5-Day Weather Forecast

Local Guide




## Confirmation Number: 82998341

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | Jeffrey Rabiea |
| Hilton HHonors® Number: | |
| Arrival Date: | 10 Dec 2011 |
| Departure Date: | 14 Dec 2011 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |

Jeff Res

### Account Preferences

Manage My Account

- **Earnings Style:** HHonors Points and Fixed Miles
- **Gold My Way On-Property Benefits** Change your upgrade or amenities



Complimentary High-Speed Internet Access

Book your next stay now

### Points Upgrade

Guarantee your room upgrade with Hilton HHonors points




**Rate Information:**
Rate Type:
THE DECEMBER SALE

| | |
|---|---|
| Rate per night: | 111.20 USD |
| Total for Stay per Room: | |
| Rate | 444.80 USD |
| Taxes | 75.62 USD |
| Total | 520.42 USD |

## Total for Stay: 520.42 USD

Includes estimated taxes and service charges. (Gratuities not included.)

## Tax:

- There is a 17.00% per room per night tax.

## Additional Charges:

- Valet parking: 28.00/night

## Rate Rules and Cancellation Policy:

- Your reservation is guaranteed for late arrival on the scheduled



## Upon Arrival

Have extra amenities waiting for you, such as additional towels, beverages, and more.

Order now

Subj: **Embassy Suites Confirmation #87455749**
Date: 11/29/2011 16:05:55 Eastern Standard Time
From: embassysuites@res.hilton.com
Reply-to: CONFIRMATIONHELP@HILTONRES.COM
To: newyorkpkg@aol.com

# Your reservation is confirmed






## Embassy Suites Houston - Downtown

1515 Dallas Street
Houston, TX
United States, 77010
Tel: 1 713-739-9100
Fax: 1 713-739-9101

Directions to Hotel
5-Day Weather Forecast
Local Guide




### Account Preferences

Manage My Account

Earnings Style:
HHonors Points and Fixed Miles

Gold My Way On-Property Benefits
Change your upgrade or amenities


Complimentary High-Speed Internet Access






## Confirmation Number: 87455749

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | Jeffrey Rabiea |
| Hilton HHonors® Number: | |
| Arrival Date: | 10 Dec 2011 |
| Departure Date: | 12 Dec 2011 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |

### Points Upgrade

Guarantee your room upgrade with Hilton HHonors points






### Upon Arrival

Have extra amenities waiting for you, such as additional towels, beverages, and more.

Order now

**Rate Information:**

| | |
|---|---|
| Rate Type: | |
| THE DECEMBER SALE | |
| Rate per night: | 111.20 USD |
| Total for Stay per Room: | |
| Rate | 222.40 USD |
| Taxes | 37.81 USD |
| Total | 260.21 USD |

## Total for Stay: 260.21 USD

Includes estimated taxes and service charges. (Gratuities not included.)

## Tax:

- There is a 17.00% per room per night tax.

## Additional Charges:

- Valet parking: 28.00/night

## Rate Rules and Cancellation Policy:

- Your reservation is guaranteed for late arrival on the scheduled

Jen Res

DELTA

SkyMiles# or Email | PIN | Last Name | Log In › | Remember Me | SkyMiles # or PIN reminder | Join SkyMiles ›

**My Trips > Trip Details for Confirmation # GBHJ5C**

Change Flights
Change Seats

New York, NY (JFK) to Houston, TX (HOU)

We'll send flight updates for this trip using the contact information we have on file. **Edit contact info**

**AWARD BUILDER ▸**
Get up to 3,000 additional miles

**JFK to HOU | 10 Dec 2011**

Show Details

**5:30pm** JFK **8:49pm** HOU Nonstop Terminal 3 **DL 3145**[1] First (V) 03C Upgrade Confirmed **4 Days Until Departure**

[1] Operated By Comair / Doing business as Delta Connection

Cancelled
$150.00
Penalty

**In-Flight services and amenities may vary and are subject to change**

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more.

> Email Trip  > Print Trip  > Add Trip to Calendar  > Get Trip Notifications  > Baggage & Service Fees

**Passenger Details**

Jeffrey Rabiea
Delta Air Lines # 2528198936
SkyMiles
Platinum Medallion / Elite Plus

**DL 3145** 03C

> Request Special Services

> Provide TSA Secure Flight Information[2]

> Provide Emergency Contact

[2] The Transportation Security Administration requires specific passenger information for all U.S. air travel. **Learn more** about this mandatory requirement.

**Payment Details**

**Jeffrey Rabiea** Ticket #: 0062363362913 | **Details** **Email Receipt**

**Return to top**

[+] **Feedback**

Travel may be on other airlines.
Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
+Subject to government approval.



# jetBlue

## Tada! Your trip is booked. Thanks JEFFREY.

You have 0 TrueBlue points

You should receive your itinerary by email shortly, but you should print this out just in case.

## Confirmation #CMSSZE

Status: **Confirmed**

Book Date: **Tuesday, November 29 2011**



Scan this barcode to check in at any JetBlue check-in kiosk.

## Your itinerary

### Travelers

**Travelers on this flight:** JEFFREY RABIEA

**Primary contact:** JEFFREY RABIEA 135 FULTON AVE NEW HYDE PARK, NY 11040

### Flights

| Date | Departs/ Arrives | Route | Flight | Travelers | Seats |
|---|---|---|---|---|---|
| Wed Dec 14 | 03:50 p.m.<br>08:17 p.m. | Houston, TX (HOU) to New York City, NY (JFK) | 622 | JEFFREY RABIEA<br>TB# 2015500530 | 17B |




### Airfare total

| | |
|---|---|
| Fare: (details) | $204.00 x 1 = $204.00 |
| Taxes & Fees: (details) | $9.20 |
| **Total:** | **$213.20** |

### Payment

| Form of payment | Amount paid |
|---|---|
| TrueBlue Credit | $213.20 |
| **Paid today:** | **$213.20** |

### Need a car? We offer the JetBlue discount

Hertz

- Save 5% or more on all rentals
- No payments till car pick up
- No change/cancel fees

Call 888-555-2585 or log onto jetblue.com/cars. Use CDP# 170689 to receive the JetBlue discount.

### Need a hotel? Low price guarantee



Subj: **Travel Document - Houston 12/10/11**
Date: 11/30/2011 10:56:02 Eastern Standard Time
From: travelercare@orbitz.com
To: newyorkpkg@aol.com

**ORBITZ**

## Your Travel Document

Hello JEFFREY,

Thanks for traveling with Orbitz. This e-mail confirms the ticket number(s) issued for the "**Houston 12/10/11**" trip.

Visit "My Trips" to add this reservation to your calendar.

### Ticket Information

**Passenger(s):** JENNIFER BOYER



Cancelled 150.00 penalty

**Continental Airlines record locator**: LRMM0B
**Ticket type requested:** electronic (e-ticket)
**Orbitz record locator**: AP110101M39WANS3
**Airline ticket number(s)**: 0057007085740

**Please note:** At least one airline in this trip charges an additional fee for baggage.This fee is not included in your total trip cost. See details

**Saturday, December 10, 2011**
**Continental Airlines # 1207**

Cleveland Hopkins International (CLE) to Houston George Bush Intercntl. (IAH)
**Departure (CLE):** December 10, 2:45 PM EST (afternoon)
**Arrival (IAH):** December 10, 4:53 PM CST (afternoon)

**Class:** Economy **Seat:** 28C | Your flight is confirmed. Seat is confirmed. You may view/change seats

View the latest airport conditions at: CLE | IAH

--------------------------------

**Monday, December 12, 2011**
**Continental Airlines # 1074**

Houston George Bush Intercntl. (IAH) to Cleveland Hopkins International (CLE)
**Departure (IAH):** December 12, 6:55 PM CST (evening)
**Arrival (CLE):** December 12, 10:34 PM EST (evening)

**Class:** Economy **Seat:** 30C | Your flight is confirmed. Seat is confirmed. You may view/change seats

View the latest airport conditions at: IAH | CLE
**Have your travel plans changed?** Many tickets can be exchanged or canceled online by visiting "My trips" and clicking the Change/cancel airline ticket option.

November 2

Orbitz Mobile:
View your trips, status and bool your phone. Le

App Store
Android Market
Or go to m.orb

**Next**
charge you trip and yo could earn triple poin

**Orbitz Ca**

Flight status for the follov

jeffrey RAE
jboyer@red
E-mail
Receiving: [
Airport Advi

Update ale
Learn more

**Great rat**
Click for car attractions &
**Houston**

Add

Add

Add & Se

Add Tick Pro
(prov Acce

Check out N for the lates flying foreca resources fc